**No. 62136.**—F. E. Macartney v. United States, protests 218790–K, etc. (Duluth).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 62137.**—W. R. Zanes & Co. v. United States, protest 256009–K (Galveston).

Opinion by Mollison, J. The protest was dismissed.

**No. 62138.**—Gerhard & Hey Co., Inc., and Camera Specialty Company, Inc. v. United States, protests 315411–K and 314620–K (A) (New York).

Opinion by Mollison, J. The protests were dismissed.

**No. 62139.**—Louis Goldey Co., Inc. v. United States, protest 316440–K (Tampa).

Opinion by Mollison, J. The protest was dismissed.

**No. 62140.**—Manevitch & Vesely, Inc., and Schneider Bros. & Co., Inc., et al. v. United States, protests 147543–K (A), etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of kidskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.